UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C16-1486JLR |
|---|---|
| Plaintiff, | ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT |
| v. | |
| CITY OF SEATTLE, | |
| Defendant. | |

The court hereby ORDERS the parties to file a joint status report stating (1) the status of the matter, (2) what steps are necessary to bring this matter to closure, and (3) any other issues that the parties believe should be brought to the attention of the court. The parties shall file their joint status report no later than seven (7) days from the date of this order. If the parties cannot come to agreement concerning the status of this matter or

//

//

//

other information required by the court, the parties may include separate statements within the joint status report.

Dated this 18th day of August, 2019.

JAMES L. ROBART
United States District Judge