Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH TRIBE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | Case No. CV-16-1486 <br><br> JOINT STATUS REPORT |

JOINT STATUS REPORT

U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA  98115

As set forth in the parties' January 6, 2020 Joint Status Report (ECF #11), the parties hereby file this updated Joint Status Report.

The previous Joint States Report stated that Bluefield Holdings, Inc. expected to shortly establish a final escrow account necessary to provide financial assurances for the work to be performed under the consent decree. In fact, discussions between Bluefield and the escrow company did not produce an escrow arrangement acceptable to all parties. As a result, Bluefield is now arranging a letter of credit with its lender to furnish the necessary financial assurance. Bluefield expects this arrangement to be in place shortly. Once this arrangement is in place, the parties will proceed with final review by decision-makers of the revised consent decree.

This Joint Status Report is not intended to provide any guarantee that all authorized decision-makers will approve the revised consent decree. If all parties have not completed their review and approval processes within sixty (60) days of this Joint Status Report, the parties propose to file a further status report to advise the court of any remaining steps to be taken.

This status report has been shared by undersigned counsel with counsel for all other parties, and they have authorized undersigned counsel to file this document on all parties' behalf.

JOINT STATUS REPORT - 1 -

U. S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
7600 Sand Point Way NE
Seattle, WA  98115

1  Respectfully submitted,

2    /s Michael J. Zevenbergen
3  MICHAEL J. ZEVENBERGEN
Senior Counsel
4  Environmental Enforcement Section
5  Environment & Natural Resources Division
U.S. Department of Justice
6  c/o NOAA Damage Assessment
7  7600 Sand Point Way, NE
Seattle, Washington 98115
8  (206) 526-6607
9  Email: michael.zevenbergen@usdoj.gov

10
11  March 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I caused a true copy of the JOINT STATUS REPORT to be served on each of the following named persons at his or her last known addresses in the manner indicated below:

| | |
|---|---|
| TAD H. SHIMAZU<br>Assistant City Attorney<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7097<br>Email: tad.shimazu@seattle.gov | [] Via Hand Delivery<br>[] Via E-mail<br>[] Via First-Class mail, postage pre-paid<br>[] Via Overnight Mail<br>[X] Notice of electronic filing using CM/ECF |
| NELS JOHNSON<br>Assistant Attorney General<br>2425 Bristol Court S.W.<br>Olympia, WA 98504-0117<br>Email: NelsJ@ATG.WA.GOV | [] Via Hand Delivery<br>[] Via E-mail<br>[] Via First-Class mail, postage pre-paid<br>[] Via Overnight Mail<br>[X] Notice of electronic filing using CM/ECF |
| MELODY ALLEN<br>Suquamish Tribe<br>Legal Department<br>18490 Suquamish Way<br>Suquamish, WA 98392<br>Email: mallen@Suquamish.nsn.us | [] Via Hand Delivery<br>[] Via E-mail<br>[] Via First-Class mail, postage pre-paid<br>[] Via Overnight Mail<br>[X] Notice of electronic filing using CM/ECF |
| ROBERT L. OTSEA, JR.<br>Muckleshoot Indian Tribe<br>39015 172nd Avenue SE<br>Auburn, WA 98002<br>Email: Rob@muckleshoot.nsn.us | [] Via Hand Delivery<br>[] Via E-mail<br>[] Via First-Class mail, postage pre-paid<br>[] Via Overnight Mail<br>[X] Notice of electronic filing using CM/ECF |

/s Michael J. Zevenbergen
MICHAEL J. ZEVENBERGEN