UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>              Defendant. | CASE NO. C16-1486 JLR<br><br>ORDER DIRECTING JOINT<br>STATUS REPORT |

       The parties filed a joint status report on March 6, 2020, informing the court that the parties are awaiting the institution of a credit arrangement "to furnish the necessary assistance" for the work to be performed under the proposed consent decree. (*See* JSR (Dkt. # 12) at 2; Compl. (Dkt. # 1) at 6-222 ("Prop. Consent Decree").) The parties further state that "[o]nce this arrangement is in place, the parties will proceed with final review by decision-makers of the revised consent decree" and proposed filing another joint status report within 60 days of the date of their March 6, 2020, joint status report. (*See* JSR at 2.) Accordingly, the court ORDERS the parties to file a joint status report on

or before May 5, 2020, reporting (1) the status of the matter, (2) what steps are necessary to bring this matter to closure, and (3) any other issues that the parties believe they should bring to the attention of the court.  If the parties cannot come to agreement concerning the status of this matter or other information required by the court, the parties may include separate statements within the joint status report.

Dated this 27th day of March, 2020.

JAMES L. ROBART
United States District Judge