UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                Defendant. | CASE NO. C16-1486JLR<br><br>ORDER DIRECTING JOINT STATUS REPORT |

The parties filed a joint status report on May 7, 2020, informing the court that they completed the institution of a credit arrangement "to provide financial assurances for the work to be performed under the consent decree." (*See* JSR (Dkt. # 14) at 2; Not. of Lodging (Dkt. # 2) at 6-222 ("Prop. Consent Decree").)  The parties further (1) state that a "final review" version of the consent decree was circulated and that the parties expect that a "final signature" version of the revised consent decree will be circulated to the parties for approval and signature; (2) state that if all parties approve the revised consent decree, they will file it with the court; and (3) propose that if the parties have not

ORDER - 1

completed their review and approval process within 60 days of their May 7, 2020, joint status report, they will file another joint status report to advise the court of any remaining actions the parties intend to take.  (*See* JSR at 2.)

Accordingly, the court ORDERS that if the parties have not filed the finalized, revised consent decree by July 6, 2020, the parties shall file another joint status report on or before July 6, 2020, reporting (1) the status of the matter, (2) what steps are necessary to bring this matter to closure, and (3) any other issues that the parties believe they should bring to the attention of the court.  If the parties cannot come to agreement concerning the status of this matter or other information required by the court, the parties may include separate statements within the joint status report.

Dated this 28th day of May, 2020.

JAMES L. ROBART
United States District Judge